1  DAVID G. SPIVAK (SBN 179684)
       david@spivaklaw.com
2  THE SPIVAK LAW FIRM
3  16530 Ventura Blvd., Ste 203
   Encino, CA 91436
4  Telephone:  (213) 725-9094
5  Facsimile:   (213) 634-2485

6
   Attorneys for Plaintiff,
7  ERIC AYALA, and all others similarly situated
   (additional attorneys listed on next page)
8

9             **IN THE UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**
11

| | |
|---|---|
| 12  ERIC AYALA and ADRIAN AVILES, on behalf of themselves and all others similarly situated, and as "aggrieved employees" on behalf of other "aggrieved employees" under the Labor Code Private Attorneys General Act of 2004, <br><br> *Plaintiff(s)*, <br><br> vs. <br><br> UPS SUPPLY CHAIN SOLUTIONS, INC., a Delaware corporation; UPS SUPPLY CHAIN SOLUTIONS GENERAL SERVICES, INC., a Delaware corporation; and DOES 1 10, inclusive, <br><br> *Defendant(s)*. | Case No.: 5:20-cv-00117-PSG-AFM <br><br> **NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> **Date:** January 14, 2022 <br> **Time:** 1:30 p.m. <br> **Courtroom:** 6A <br> **Judge:** Hon. Philip S. Gutierrez <br><br> ***Submitted Herewith Under Separate Cover*** <br> 1. Memorandum of Points and Authorities; <br> 2. Declaration of David Spivak; and <br> 3. [Proposed] Order. |



SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Bl. Ste 203
Encino, CA 91436
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

1

*Ayala, et al. v. UPS Supply Chain Solutions, Inc.*                    Notice of Motion for Final Approval
                                                                        of Class Action Settlement

**ATTORNEYS FOR PLAINTIFF ADRIAN AVILES**

BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP
Norman B. Blumenthal (SBN 068687)
Kyle R. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
Piya Mukherjee (SBN 274217)
Victoria B. Rivapalacio (SBN 275115)
2255 Calle Clara
La Jolla, CA 92037
Telephone:  (858) 551-1223
Facsimile:   (858) 551-1232

SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Bl. Ste 203
Encino, CA 91436
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

2

*Ayala, et al. v. UPS Supply Chain Solutions, Inc.*

Notice of Motion for Final Approval of Class Action Settlement

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 14, 2022 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 6A of the above-entitled court, located at First Street Courthouse, 350 West 1st Street, Los Angeles, California 90012-4565, Plaintiffs Eric Ayala and Adrian Aviles ("Plaintiffs") will and hereby move this Court for an order: (1) finally approving the Joint Stipulation of Class Action Settlement ("Settlement"); (2) confirming the certification of the Class solely for settlement purposes pursuant to Federal Rule of Civil Procedure 23 ("Rule 23"); (3) confirming the appointment of David G. Spivak of The Spivak Law Firm ("Ayala Class Counsel") and Norman B. Blumenthal, Kyle R. Nordrehaug, and Aparajit Bhowmik of Blumenthal Nordrehaug Bhowmik De Blouw LLP ("Aviles Class Counsel") as Class Counsel; (4) confirming the appointment of Plaintiffs as class representatives; and (5) granting final approval to an allocation of $40,000 for claims for civil penalties under the Labor Code Private Attorneys General act of 2004, Labor Code §§ 2698, et seq., of which $30,000 will be paid to the Labor and Workforce Development agency ("LWDA") and $10,000 of which will be payable to PAGA Settlement Class Members as the "PAGA Amount"; and (6) directing that [Proposed] Final Approval Order and Final Judgment submitted herewith be entered as called for under the Settlement.

The "Settlement Class Members" are all individuals who are or previously were employed by Defendant UPS Supply Chain Solutions, Inc. ("Defendant") in California as non-exempt employees during the Class Period. The "Class Period" is defined as the time period of December 12, 2015 through August 1, 2021. The "PAGA Settlement Period" is defined as the time period of December 12, 2018 through August 1, 2021. Settlement Class Members who were employed during the PAGA Settlement Period are defined as "PAGA Settlement Class Members."

This Motion is made on the following grounds that: (1) the class meets all the requirements for class certification for settlement purposes only under Federal Rule

SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Bl. Ste 203
Encino, CA 91436
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com

3

*Ayala, et al. v. UPS Supply Chain Solutions, Inc.*

Notice of Motion for Final Approval of Class Action Settlement

of Civil Procedure 23; (2) Plaintiffs and their counsel are adequate to represent the class for settlement purposes only as required by Rule 23(a)(4) and (g); (3) the Settlement reflects a fair, adequate, and reasonable compromise of all disputed claims in view of Defendant's potential liability exposure as compared against the risks of continued litigation; (4) the notice process performed by the Settlement Administrator comports with all relevant due process requirements and Rule 23(c)(2)(B) requirements; and (5) based on the foregoing, the [Proposed] Final Approval Order and Final Judgment submitted herewith should be entered.

The Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities and the Declaration of David Spivak, all papers and pleadings on file with the Court in this action, all matters judicially noticeable, and on such oral and documentary evidence as may be presented in connection with the hearing on the Motion.

Respectfully submitted,

THE SPIVAK LAW FIRM

Dated: December 15, 2021   By /s/ David Spivak
   DAVID SPIVAK
   Attorneys for Plaintiff, ERIC AYALA

BLUMENTHAL NORDREHAUG
BHOWMIK DE BLOUW LLP

Dated: December 15, 2021   By /s/ Kyle R. Nordrehaug
   NORMAN B. BLUMENTHAL
   KYLE R. NORDREHAUG
   APARAJIT BHOWMIK
   PIYA MUKHERJEE
   VICTORIA B. RIVAPALACIO
   Attorneys for Plaintiff, ADRIAN AVILES

SPIVAK LAW
Employee Rights Attorneys
16530 Ventura Bl. Ste 203
Encino, CA 91436
(213) 725-9094 Tel
(213) 634-2485 Fax
SpivakLaw.com