UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 20-117-PSG (AFMx) | Date | January 14, 2022 |
|---|---|---|---|
| Title | ERIC AYALA V. UPS SUPPLY CHAIN SOLUTIONS, INC. ET AL | | |

| Present: The Honorable | Philip S. Gutierrez, U.S. Chief District Court Judge  (video) |
|---|---|
| Wendy Hernandez (video) | CourtSmart |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David Spivak  (video)<br>Kyle Nordrehaug  (video) | Amanda Osowski  (video) |

**Proceedings:** ZOOM FINAL APPROVAL HEARING

PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS, SETTLEMENT ADMINISTRATION COSTS, AND CLASS REPRESENTATIVE SERVICE AWARDS
FILED 11/08/21 (DOC. 105)

PLAINTIFF ERIC AYALA'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT
FILED 12/15/21 (DOC. 106)

The Court, having considered all papers submitted and the oral argument presented today, takes the motions under submission.

|  | : | 24 |
|---|---|---|
| Initials of Preparer | wh | |